**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 97-6847**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KYLE JOSEPH MOMON, a/k/a Calvin Flavor, a/k/a
Flavor Flave, a/k/a Cow, a/k/a Moo-Moo,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR-92-70-BO, CA-96-189-BO)

―――――――――――

Submitted: September 30, 1997      Decided: October 28, 1997

―――――――――――

Before HALL and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Kyle Joseph Momon, Appellant Pro Se. Fenita Talore Morris, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Momon, Nos. CR-92-70-BO; CA-96-189-BO (E.D.N.C. May 20, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2